# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/22/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 04-00137HG-LEK

CASE NAME:     Karen Setzer vs. Waimanalo Health Center, et al.

ATTYS FOR PLA:     Carl M. Varady

ATTYS FOR DEFT:     Elton John Bain

INTERPRETER:

---

JUDGE:     Leslie E. Kobayashi     REPORTER:     FTR-Courtroom 7

DATE:     12/22/2005     TIME:     9:13-9;17

---

COURT ACTION:   EP: Settlement on the Record held.

Terms stated. Trial date and all deadlines are Vacated. Magistrate Judge Leslie E. Kobayashi to recommend to Judge Helen Gillmor to enter Order for Dismissal with prejudice.

Submitted by: Warren N. Nakamura, Courtroom Manager