FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 4 2006

at 3 o'clock and 25 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAREN SETZER, | ) CV. NO. 04-00137 HG-LEK |
| Plaintiff, | ) |
| vs. | ) |
| WAIMANALO HEALTH CENTER and KAWAHINE KAMAKEA-OHELO, | ) |
| Defendants. | ) |

**ORDER OF DISMISSAL**

The court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. The court retains jurisdiction to reopen the proceeding, upon good cause shown, if the settlement conditions have not been satisfied within thirty days of this order.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 4, 2006.

HELEN GILLMOR
Chief United States District Judge