# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/12/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00137HG-LEK |
| CASE NAME: | Karen Setzer vs. Waimanalo Health Center, et al. |
| ATTYS FOR PLA: | Carl M. Varady |
| ATTYS FOR DEFT: | Andy Chang for Elton John Bain |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 1/12/2006 | TIME: | 2:45-2:48 |

COURT ACTION:  EP: Status Conference Re: Settlement held.

Submitted by: Warren N. Nakamura, Courtroom Manager