AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| KAREN SETZER | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 04-00137HG-LEK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| WAIMANALO HEALTH CENTER and<br>KAWAHINE KAMAKEA-OHELO | February 6, 2006<br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is here by DISMISSED with prejudice pursuant to the "Order of Dismissal" issued by Chief Judge Helen Gillmor on January 4, 2006.

_____February 6, 2006_____         _____SUE BEITIA_____
Date                                                                                Clerk

                                                                                      _____ */s/ Bernie Aurio*_____
                                                                                      (By) Deputy Clerk